UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 08-093 (RJL) |
| v. : | |
| : | |
| JOHN STAGLIANO : | |
| JOHN STAGLIANO, INC. : | |
| EVIL ANGEL PRODUCTIONS, INC. : | |
| Defendants. : | |

## GOVERNMENT'S MOTION TO SCHEDULE A STATUS HEARING

The United States of America, by and through its undersigned attorneys, hereby requests this Honorable Court to schedule a status hearing to resolve pending motions and set a trial date.

1.   On April 8, 2008, a District of Columbia Grand Jury returned an indictment against defendants John Stagliano, John Stagliano, Inc. and Evil Angel Productions, Inc. charging them with violating federal obscenity statutes, including 18 U.S.C. § 1465 (Transportation of Obscene Matters for Sale or Distribution), 18 U.S.C. § 1462 (Using a Common Carrier or Interactive Computer Service to Transport Obscene Matters), 18 U.S.C. § 1466 (Engaging in the Business of Selling or Transferring Obscene Matter); 47 U.S.C. § 223(d) (Sending or Displaying Offensive Material to Persons Under 18) and 18 U.S.C. § 1467 (Criminal Forfeiture).  Defendant was arraigned on April 21, 2008.

2.   On June 12, 2008, a status hearing was held and motions dates were set.  On July 31, 2008, defendants filed separate motions to dismiss the indictment.  The government filed its response on September 15, 2008, and the defendants filed their replies in October 2008.  A motions hearing was held on November 25, 2008.

Based upon the foregoing, the government respectfully requests that the Court schedule a status hearing to resolve outstanding motions and to set a trial date.

Respectfully submitted,

_____
CHANNING D. PHILLIPS
Acting United States Attorney for the
District of Columbia


_____
BRENT WARD
Director, Obscenity Prosecution Task Force


By:     _____/s/_____
PAMELA S. SATTERFIELD
BONNIE HANNAN
Trial Attorneys
United States Department of Justice
Criminal Division
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
(202) 353-2485
Pamela.Satterfield@usdoj.gov
Bonnie.Hannan@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Pamela Satterfield, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Government's Motion to Schedule a Status Hearing was filed on November 10, 2009, by CM/ECF which will send electronic copies to counsel for the defendants, Robert Corn-Revere, Esquire, Davis Wright Tremaine, LLP, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; H. Louis Sirkin, Esquire, and Jennifer Kinsley, Esquire, Sirkin, Kinsley & Nazzarine, 810 Sycamore Street, Second Floor, Cincinnati, OH 45202; Paul Cambria, Jr., Esquire, and Roger Wilcox, Esquire, Lipsitz Green Scime Cambria, LLP, 42 Delaware Avenue, Suite 120, Buffalo, NY 14202; and Allan Gelbard, Esquire, 15760 Ventura Boulevard, Suite 801, Encino, CA 91436.



_____/s/_____
Pamela S. Satterfield