UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No. 08-093 (RJL)** |
| **v.** : | |
| : | |
| **JOHN STAGLIANO** : | |
| **JOHN STAGLIANO, INC.** : | |
| **EVIL ANGEL PRODUCTIONS, INC.** : | |
| **Defendants.** : | |

**ORDER**

This matter having come before the Court on the government's Motion to Schedule a Status Hearing, it is hereby ORDERED that the government's motion is GRANTED; and the parties are ordered to appear for a status hearing on _____, 2009.

So ordered this \_\_\_\_\_ day of _____, 2009.

_____
Judge Richard J. Leon
United States District Court

To:

Pamela S. Satterfield, Esquire
Trial Attorney
United States Department of Justice
Criminal Division
1301 New York Avenue, N.W., Suite 500
Washington, D.C.  20530

Robert Corn-Revere, Esquire
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006

H. Louis Sirkin, Esquire
Jennifer Kinsley, Esquire
Sirkin, Kinsley & Nazzarine
810 Sycamore Street, Second Floor
Cincinnati, OH 45202

Paul Cambria, Jr., Esquire
Roger Wilcox, Esquire
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Allan Gelbard, Esquire
15760 Ventura Boulevard, Suite 801
Encino, CA 91436