UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:08-CR-00093-RJL |
| v. | : | Judge Leon |
| JOHN STAGLIANO, et al. | : | |
| Defendants. | : | |

**DEFENDANTS OPPOSITION TO GOVERNMENT'S
MOTION TO SCHEDULE STATUS HEARING**

Defendants John Stagliano, John Stagliano, Inc., and Evil Angel Productions, Inc., by and through the undersigned counsel, hereby oppose the Government's Motion that the Court set a Status Conference in this case.

On November 25, 2008, the Court heard several hours of argument on Defendants' Motions to Dismiss which were so extensive that they required some four months to adequately brief. Defendants' Motions raise serious and profoundly important constitutional issues pertaining to, amongst other things, the continuing validity of the obscenity doctrine as applied to consensual private recipients, its applicability to Internet communications, and peoples' rights under

the substantive due process guarantees of the 14th Amendment to privately obtain sexually explicit entertainment for use in the privacy of their homes.

At the close of argument, the Court advised counsel for the Government and Defendants that it would render an opinion as soon as possible and further made clear that other pending Motions would not be considered until the Court ruled on the Motions to Dismiss.

Accordingly, the Government's present Motion to "resolve pending motions and set a trial date" is untimely. As the Court has made clear, until the Court rules on the Defendants' Motions to Dismiss, any such determinations are unnecessary as should the Court grant Defendants' Motions, these issues will all be moot.

Accordingly, Defendants request this Court deny the Government's request until it renders its ruling on the pending Motions to Dismiss.

                                      Respectfully submitted,

                                      _/s/Allan B. Gelbard, Esq._
                                      Allan B. Gelbard, Esq.  (CA Bar # 184971)
                                      Law Offices of Allan B. Gelbard
                                      15760 Ventura Blvd., Suite 801
                                      Encino, CA 91436
                                      Telephone: (818)386-9200
                                      Telecopier: (818)386-9289

                                      Counsel for Defendant John Stagliano

 /s/H. Louis Sirkin
H. Louis Sirkin (Ohio Bar No. 0024573)
Jennifer M. Kinsley (Ohio Bar No. 0071629)
Sirkin Kinsley & Nazzarine
810 Sycamore Street, Second Floor
Cincinnati, OH 45202-2776
Telephone: (513) 721-4876
Telecopier: (513) 721-0876

Counsel for Defendant John Stagliano, Inc.


 /s/Paul J. Cambria, Jr.
Paul J. Cambria, Jr.
Roger W. Wilcox, Jr.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Counsel for Defendant
Evil Angel Productions, Inc.


 /s/ Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
Telephone: (202) 973-4200
Telecopier: (202) 973-4499

Local Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing notification system upon Pamela Satterfield, U.S. Department of Justice, on the 12th day of November, 2009.

    /s/Allan B. Gelbard, Esq.
Allan B. Gelbard, Esq.  (CA Bar # 184971)
Law Offices of Allan B. Gelbard
15760 Ventura Blvd., Suite 801
Encino, CA 91436
Telephone: (818)386-9200
Telecopier: (818)386-9289


    /s/ Robert Corn-Revere
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
Telephone: (202) 973-4200
Telecopier: (202) 973-4499


Local Counsel for Defendant John Stagliano