# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

**v.**                                               **Crim. No. 08-093(RJL)**

**JOHN STAGLIANO,**
**JOHN STAGLIANO, INC.,**
**EVIL ANGEL PRODUCTIONS, INC.,**
                    **Defendants.**

_____


## DEFENDANTS' PROPOSED JURY QUESTIONNAIRE


Full Name: (Please print)

_____
(Last)                        (First)                        (Middle Initial)


City of Residence:_____ Zip Code:_____


I declare under penalty of perjury that the answers set forth in this Juror Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others or received assistance in completing this questionnaire.


Signed this _____ day of July, 2010.


_____
                    Signature

1

**JUROR QUESTIONNAIRE**

**I.**     <u>**Hardship Information**</u>

1.     Do you have any physical, mental, or medical conditions that would make it difficult for

you to serve as a juror?

      _____ Yes      _____ No

If yes, please explain: _____

2.     Do you have any problems with your hearing or vision that would make it difficult for

you to serve as a juror?

      _____ Yes      _____ No

If yes, please explain: _____

3.     Do you regularly take any medications that would interfere in any way with your ability

to concentrate or serve as a juror?

      _____ Yes      _____ No

If yes, please explain: _____

4.     Do you have any personal or family or work responsibilities that would interfere with

your service as a juror?

     _____ Yes     _____ No

If yes, please explain: _____

5.     Will you be paid your salary while you serve jury duty?

     _____Yes     _____No     _____ Unsure

6.     Do you have any difficulty understanding, speaking, reading, or writing the English

language?

     _____ Yes     _____ No

If yes, please explain: _____

7.     Is there any other reason why you feel you would not be able to serve as a juror in this

case?     _____ Yes     _____ No

If yes, please explain: _____

**II.**     **Background Information**

8.      Name: _____

9.      Age: _____

10.     What is your ethnic background?

        _____ White/Caucasian, not Hispanic

        _____ Black/African-American, not Hispanic

        _____ Hispanic/Latino

        _____ Asian or South Asian

        _____ American Indian or Native American

        _____ Other (please specify): _____

11.     Gender:  Male _____    Female _____

12.     How many years have you lived in the District of Columbia? _____

13.     List all places you have lived in the last thirty (30) years: _____

        _____

14.     Do you own or rent your home? (Check one)

              Own ___        Rent ___


15.     What is the age, gender, occupation of each member of your household and their

        relationship to you (parent, spouse, child, roommate, etc.)


16.     What is your marital status:  (check one)

        Single/never married _____              Separated/Divorced _____

        Married _____                           Widow or Widower _____

        Living with domestic partner _____


17.     What is the highest level of education you have completed? (Check one)

        _____ Grade school or less              _____ Some college

        _____ Some high school                  _____ College degree

        _____ High school graduate              _____ Graduate work or degree

        _____ Technical or business school


18.     What areas of study, degrees you have received, and colleges or graduate schools or

        training institutes you have attended:

        _____

_____

19.    Have you ever served in the military? _____

     a)      If so, list the branch, years of service, rank attained, and whether you enlisted or

           were drafted: _____

           _____

20.    What is your current occupational status? (Check all that apply)

     _____ Employed full-time       _____ Student

     _____ Employed part-time      _____ Retired

     _____ Homemaker            _____ Disabled

     _____ Unemployed           _____ Other: _____

21.    What is your present occupation? (Describe in detail the name of your employer, length

     of employment, job skills, job responsibilities, training, supervisory tasks, etc. If Retired,

     Unemployed, Homemaker or Student, describe the same information for your most recent

     job.)

     _____

     _____

22.    Have you had any previous occupations? (Follow above instructions.)

_____

_____

23.   What is your spouse/domestic partner's employment status?

_____ Employed full-time          _____ Student

_____ Employed part-time          _____ Retired

_____ Homemaker                   _____ Disabled

_____ Unemployed                  _____ Other: _____

24.   What is your spouse or domestic partner's current occupation/job title?

_____

25.   Do you, your spouse or domestic partner, any family member or close friends have any

      education, training or employment experience in any of the following fields:

|  | Yes | No |
|---|---|---|
| a) Psychiatry, psychology, counseling | ____ | ____ |
| b) Social work | ____ | ____ |
| c) Sociology | ____ | ____ |
| d) Anthropology | ____ | ____ |
| e) Criminology | ____ | ____ |

7

f)  Religion/Philosophy                                              ___   ___

g) Health-related fields/occupations                                 ___   ___

h) Media industry (TV, newspaper, radio, magazine, etc.)             ___   ___

i) Law/legal (including paralegals, legal secretaries, etc.)         ___   ___

j) Law enforcement/criminal justice (courts)                         ___   ___

k) Artistic training (film, photography, music, etc.)                ___   ___


If yes to any of the above, please describe: _____

_____



**III.**    **Organizational Affiliations, Hobbies, and Spare Time Activities**


26.    What are your hobbies, interests, sports, recreational or other spare time activities:

_____

_____


27.    What clubs or organizations do you belong to or in which you participate? (For example,

service clubs, unions, professional associations, church groups, volunteer activities,

educational or political groups).

_____

_____

8

_____

28.     Have you ever held a position of leadership in any group or organization?

        _____ Yes        _____ No

        If yes, please describe: _____

        _____

29.     Have you or any member of your immediate family or household or close personal friend

        ever held any elected or appointed political office?

        _____ Yes        _____ No

        If yes, please describe: _____

        _____

30.     Do you attend a church, mosque, synagogue, temple, or other house of worship?

        _____ Yes        _____ No

        a)  About how many times per week do you attend any type of religious services? _____

        b)  What positions or offices do you, or any member of your family or close personal

9

friends hold with the church, synagogue, temple or mosque?

_____

IV.    **Experience with Crime, Courts and the Legal System**

31.    Have you or any family member or close friend ever been a victim, a witness or accused

of any crime of violence?

_____ Yes     _____ No

If yes, please describe: _____

_____

32.    Do you know anyone who has been a victim of any type of sexual abuse or sexual assault

(even abuse that was never reported to authorities)?

_____ Yes     _____ No

Without mentioning any names, please describe the circumstances: _____

_____

33.    Have you or any member of your family ever been a party to a lawsuit, either civil or

criminal?

_____ Yes     _____ No

If yes, please describe: _____

_____

34.    Have you or any relative or close friend ever been a witness or required to testify in any

legal proceeding?

_____ Yes     _____ No

If yes, please describe: _____

_____

35.    Have you or any family members served on a Grand Jury in any jurisdiction?

_____ Yes     _____ No

If yes, please describe the Grand Jury experience (when, where, how long did

you/relative serve, the nature of the cases presented): _____

_____

36.    Have you ever served as a juror in a civil or criminal trial before?

_____ Yes     _____ No

a) If yes, please complete the following for each trial on which you served as a juror:

| When did you serve? | In what court? | Criminal or civil? | Charges/ Allegations? | What verdict did the jury reach? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

b) Have you ever served as a jury foreperson?

_____ Yes     _____ No

## V.   <u>**Media Exposure**</u>

37.    How often do you read a newspaper?

_____ Every day                          _____ Less than once a week

_____ Several times a week          _____ Never

_____ Once or twice a week

a) What newspapers do read regularly or subscribe to? _____

_____

12

38.     Have you ever written a letter to the editor of any newspaper?

          _____ Yes       _____ No

          If yes, describe: _____

          _____


39.     How many hours per day do you watch television? _____


40.     What are your favorite television programs? _____

          _____


41.     How often do you watch television news programs?

          _____ Every day                    _____ Less than once a week

          _____ Several times a week     _____ Never

          _____ Once or twice a week


          a) What is your favorite local television news channel? _____


42.     Do you have cable television or a satellite dish? _____ Yes _____ No


43.     Do you have a DVD or video cassette player? _____ Yes _____ No

13

44.     How often do you listen to radio talk shows?

        _____ Every day                         _____ Less than once a week

        _____ Several times a week              _____ Never

        _____ Once or twice a week


        a) What radio talk shows do you listen to? _____

        _____


45.     What magazines do you read or subscribe to? _____

        _____


46.     Do you have a personal computer or a laptop in your home?   _____ Yes ___ No


47.     Do you have access to the internet?   _____ Yes ___ No


        a) If yes, how many hours per day, if at all, do you spend on the Internet? _____


        b) How do you spend your time on the Internet? _____


        c) Do you ever watch movies or television on line?  ____ Yes        ___ No

**Exposure To and Attitudes About Sexually Explicit Material**

50.    Have you ever attended a movie theater which you knew would be showing a film or
       films of explicit sexual acts such as intercourse, oral sex, etc.?

            ____ Yes  ___ No

51.    Have you ever viewed on your TV, computer or on DVD or videocassette explicit sexual
       acts such as intercourse, oral sex, etc.?

            ____ Yes  ___ No

52.    Have you ever seen magazines which showed explicit sexual acts?

            ____ Yes  ___ No

53.    Have you ever seen the following movies?

            a) *Milk Nymphos*                    _____ Yes    _____ No

            b) *Storm Squirters 2: Target Practice*      _____ Yes    _____ No

            c) *Fetish Fanatic Chapter 5*            _____Yes    _____No

15

54.    What is your opinion of video stores who rent and sell sexually explicit videocassettes and

DVDs to adults only? Would you say your opinion of such stores is generally?

_____ Mostly favorable

_____ Mostly unfavorable

_____ Both favorable and unfavorable

_____ No opinion


Please explain: _____

_____


55.    What is your opinion of the availability of sexually explicit movies and images on the

Internet?  Would you say your opinion of such availability is generally:


_____Mostly favorable

_____Mostly unfavorable

_____Both favorable and unfavorable

_____No opinion


Please

explain:_____

_____

56.     Have you or any member of your family or household or close personal friend ever

        attended any meeting or conference, private or public, concerning the issues of

        pornography, obscenity or the availability of sexually explicit materials?

                _____Yes        _____No


        If yes, please describe: _____

        _____


57.     Have you or any member of your family or household received any information or

        publications from anyone on the topic of pornography, obscenity or sexually explicit

        materials?

                _____Yes        _____No


        If yes, please describe: _____

        _____


58.      Have any organizations or groups to which you belong taken a position against the

production, sale, rental or exhibition of sexually explicit materials?

                _____Yes        _____No


        If yes, please describe the group and its position: _____

        _____

17

59.    Have you ever talked to other people in the District of Columbia about their opinions

regarding the sale of sexually explicit materials to adults?

_____Yes        _____No

If yes, please describe: _____

_____

60.    Are you familiar with the results of any polls or surveys regarding the attitudes of adults

in the District of Columbia toward the sale of sexually explicit materials to adults?

_____Yes        _____No

If yes, please describe: _____

_____

61.    Have you attended religious services or speaking engagements at which the topic or

sermon was sexually explicit materials?

____ Yes        ____ No

Please describe those religious services or speaking engagements:_____

_____

_____

62.     Do you believe that any of the following materials should be totally banned for sale to

        adults in the District of Columbia?


        a)  Magazines showing total frontal nudity?  _____ Yes      _____ No


        b)  Magazines showing depictions of adult men and women engaging in sex acts?

            _____ Yes      _____ No


        c) Magazines showing depictions of adults of the same sex engaging in sex acts.

            _____ Yes      _____ No


        d) DVDs or videotapes of consenting adult men and women engaging in sexual acts?

            _____ Yes      _____ No


        e) DVDs or videotapes of consenting adults of the same sex engaging in sexual acts?

            _____ Yes      _____ No


        f) Internet download of movies or other materials showing consenting adult men and

women engaging in sexual acts?

19

_____Yes  _____No

g) Internet download of movie or other materials showing consenting adult of the same sex engaging in sexual acts?

_____Yes  _____No

63.     If you are selected to serve as a juror in this case, you will be required to watch and to discuss with your fellow jurors videotapes or DVDs and Internet downloads containing explicit sexual activities between adults, including full frontal nudity, including close-ups of male and female erogenous zones; single and multi-party masturbation; heterosexual and lesbian sexual activities including fellatio, cunnilingus, analingus, vaginal intercourse, anal intercourse, ejaculation, squirting, enema play, latex play, strap-on dildo play, foot fetish play, inter-racial play, bodily fluid exchange; and interviews with erotic performers including candid discussions of their sexual preferences and experiences.

a)      Would you be able to look at depictions of such explicit sexual activities in a public courtroom?      ____ Yes      ____ No      ____ Unsure

If yes or unsure, please explain: _____

_____

b)      Would you be able to discuss such explicit depictions of sexual activities with

other men and women on the jury whom you do not know?

_____ Yes        _____ No        _____ Unsure

If yes or unsure, please explain: _____

_____

64.     Do you have an opinion about any specific type of sexual act or behavior that might

occur between adults, such that simply viewing that sex act alone on a videotape or DVD

or Internet download would cause you to prejudge the videotape or DVD or Internet

download as obscene, regardless of anything else that might be contained on the

videotape?

_____ Yes        _____ No        _____ Unsure

If yes or unsure, please explain: _____

_____

65.     Would you avoid seeing a movie if it contained sexually explicit conduct?

_____Yes        _____ No        _____ Unsure

If yes or unsure, please explain: _____

**VII.    Case Knowledge and Ability to Serve**

66.    How much have you read or heard of John Stagliano, John Stagliano, Inc., or Evil Angel Productions, Inc.?

_____ A lot

_____ Some

_____ Very little

_____ Nothing at all

67.    From what sources have you heard about John Stagliano, John Stagliano, Inc., or Evil Angel Productions, Inc.?

_____ Television                    _____ Newspaper

_____ Radio                         _____ Word of mouth/conversations with others

_____ Blogs, online                 _____ At church

_____ Town meetings                 _____ Business meetings

_____ Other (please describe): _____

68.    Describe anything you may have read or heard about John Stagliano, John Stagliano, Inc., or Evil Angel Productions, Inc.:

_____

_____

_____

_____

_____

69.     Do you know anyone who has ever been employed by John Stagliano, John Stagliano,

Inc., or Evil Angel Productions, Inc.?

_____ Yes  ___ No  ___ Unsure


70.     Have you or any member of your family or household ever rented or purchased a movie or

any other product produced or sold by John Stagliano, John Stagliano, Inc., or Evil Angel

Productions, Inc.?

___Yes ___ No  ___ Unsure


71.     Are you or any member of your family or household a member of or contributor to the

Family Policy Network (FPN), Concerned Women for America, the American Civil

Liberties Union, the Family Research Council, Morality in Media, the Electronic Frontier

Foundation, the Center for Democracy and Technology, Citizens for Community Values,

the League of Women Voters, Focus on the Family, the Center for Reclaiming America,

the Free Speech Coalition, the Parents Television Council, the American Family

Association, or other similar organizations?   Yes  ___ No  ___ Unsure

If yes, please

list:_____

_____

72.   Do you or anyone close to you ever read any publication including online publication of

the Family Policy Network, Concerned Women for America, the American Civil Liberties

Union, the Family Research Council, the Free Speech Coalition, Morality in Media, the

League of Women Voters, Citizens for Community Values, the Electronic Frontier

Foundation, the Center for Democracy and Technology, Focus on the Family, the Center

for Reclaiming America, the American Family Association, the Parents Television

Council or other similar organizations?   ____ Yes ___ No ___ Unsure

If yes, please

list:_____

_____

73.   Have you or any member of your family or household signed any type of petition for or

against or about businesses that sell sexually explicit adult materials?

____ Yes ___ No ___ Unsure

74.    This case involves obscenity charges stemming from the sale of adult DVDs by John

Stagliano, John Stagliano, Inc., and Evil Angel Productions, Inc. Is there anything about

the nature of these charges that would lead you to believe you could not serve as a fair and

24

impartial juror in this case?

_____Yes        _____No      _____Unsure

If yes or unsure, please explain: _____

_____

75.    This case also involves charges alleging that obscene materials were made available on

the Internet by John Stagliano, John Stagliano, Inc., and Evil Angel Productions, Inc.  Is

there anything about the nature of these charges that would lead you to believe that you

could not serve as a fair and impartial juror in this case?

_____Yes     _____No     _____Unsure

If yes or unsure, please

explain:_____

_____

76.    The defendants in this case are John Stagliano, John Stagliano, Inc., and Evil Angel

Productions, Inc. Do you, or does anyone close to you, know or have any connection with

any of the defendants?

_____Yes        _____No        _____ Unsure

If yes or unsure, please explain: _____

_____

77.     Do you know anything about John Stagliano, John Stagliano, Inc., or Evil Angel

         Productions, Inc.?

                     _____Yes    _____No      _____ Unsure


         If yes or unsure, please explain: _____

         _____


78.     In this case, the United States will be represented by Department of Justice Trial

         Attorneys Pamela S. Satterfield and Bonnie Hannan. Do you or does anyone close to you

         know or have any connection to Ms. Satterfield or Ms. Hannan?

                     _____Yes       _____No       _____ Unsure


         If yes or unsure, please explain: _____

         _____


79.     The defendants in this case will be represented by Paul Cambria, Jr., H. Louis Sirkin,

         Allan Gelbard, and Robert Corn-Revere. Do you or does anyone close to you know or

         have any connection to Mr. Cambria, Mr. Sirkin, Mr. Gelbard or Mr. Corn-Revere?

                     _____Yes       _____No       _____ Unsure

If yes or unsure, please explain: _____

_____

80.     This case will be presided over by United States District Court Judge Richard J. Leon. Do

        you or does anyone close to you know or have any connection to Judge Leon?

                _____Yes        _____No        _____ Unsure

        If yes or unsure, please explain: _____

        _____

81.     This case may receive ongoing media attention. The Court wants to make sure that this

        case is decided solely on the evidence or lack thereof in the courtroom and not based on

        things that are said outside the courtroom. Accordingly, the Court will advise you

        periodically that you must avoid reading about the case in the newspapers or listening to

        any radio or television reports about the case. The Court will also advise you periodically

        that you must avoid discussing the case with friends or family or other jurors during the

        course of the trial. Would these requirements pose any difficulty for you?

                _____ Yes        _____ No        _____ Unsure

        Please explain: _____

        _____

27

82.     Do you have any attitudes or experiences that would cause you to lean in favor of either

        the prosecution or the defendants in this case?

                    _____ Yes       _____ No       _____ Unsure


        Please explain: _____

        _____


83.     Do you have any special interest, personal stake or moral investment in the outcome of

        this case, or do you know of anyone who may have a special interest in the outcome of

        this case?

                    _____ Yes       _____ No       _____ Unsure


        Please explain: _____

        _____


84.     Is there anything about the subject matter of this case, or the points covered during this

        process, which creates a question in your mind as to whether you could be a fair,

        objective, and impartial juror in this particular case?

                    _____Yes        _____No         _____ Unsure


        If yes or unsure, please explain: _____

        _____

85.     Do you have any family, physical, health, job or personal problems or requirements that

        may interfere with your ability to sit as a juror on this case?

                ____ Yes        ____ No

        If yes, please explain: _____

        _____

86.     Are there any other matters that you think you should bring to the attention of the court

        regarding your service on this case?

                ____ Yes        ____ No        _____ Unsure

        Please explain: _____

        _____

87.     As a result of filling out this questionnaire, have you developed any opinions that would

        preclude you from fairly and impartially evaluating the evidence?

                _____ Yes        _____ No        _____ Unsure

        Please explain: _____

        _____

88.     At the conclusion of the case it is the Court's task to charge you on the law and explain to

        you the elements of the crimes charged in the indictment. Do you have any personal,

        religious, and philosophical or other beliefs as to what the law is or should be that would

        make it difficult for you to follow the instructions of the Court?

                _____ Yes        _____ No        _____ Unsure


        Please explain: _____

        _____

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing notification system upon Pamela Satterfield, U.S. Department of Justice, on the 30th day of March, 2010.

/s/ Paul J. Cambria, Jr.
PAUL J. CAMBRIA, JR., ESQ.