UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

                            :     Crim. No. 08-093 (RJL)

     v.                       :

                            :

JOHN STAGLIANO            :
JOHN STAGLIANO, INC.     :
EVIL ANGEL PRODUCTIONS, INC.  :
        Defendants.         :

## GOVERNMENT'S RESPONSE TO DEFENDANTS' NOTICE OF JOINT MOTION TO PUBLISH THE CHARGED MOVIES AND MOVIE TRAILER TO THE JURY IN THEIR ENTIRETY

The government does not object to defendants' request to publish the charged movies in their entirety during cross-examination of the government's witnesses or during the defendants' case-in-chief. The government does expect to request permission to publish the charged movie trailer during its case-in-chief so defendants' request with respect to that item of evidence is moot.

Respectfully submitted,

_____/s/_____
BRENT WARD
Director, Obscenity Prosecution Task Force

_____/s/_____
PAMELA S. SATTERFIELD
BONNIE HANNAN
Trial Attorneys
United States Department of Justice
Criminal Division
Obscenity Prosecution Task Force
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
(202) 353-2485
Pamela.Satterfield@usdoj.gov
Bonnie.Hannan@usdoj.gov

## CERTIFICATE OF SERVICE

I, Pamela Satterfield, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Government's Response to Defendants' Notice of Joint Motion to Publish the Charged Movies and Movie Trailer to the Jury in their Entirety on June 10, 2010, by CM/ECF which will send electronic copies to counsel for the defendants, Robert Corn-Revere, Esquire, Davis Wright Tremaine, LLP, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; H. Louis Sirkin, Esquire, and Jennifer Kinsley, Esquire, Sirkin, Kinsley & Nazzarine, 810 Sycamore Street, Second Floor, Cincinnati, OH 45202; Paul Cambria, Jr., Esquire, and Roger Wilcox, Esquire, Lipsitz Green Scime Cambria, LLP, 42 Delaware Avenue, Suite 120, Buffalo, NY 14202; and Allan Gelbard, Esquire, 15760 Ventura Boulevard, Suite 801, Encino, CA 91436.

_____/s/_____
Pamela S. Satterfield