UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-093 (RJL) |
| v. | : | |
| JOHN STAGLIANO<br>JOHN STAGLIANO, INC.<br>EVIL ANGEL PRODUCTIONS, INC. | : | |
| Defendants. | : | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, the Director of the Obscenity Prosecution Task Force, Criminal Division, United States Department of Justice, and Department of Justice Trial Attorney Matthew Buzzelli, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

BRENT D. WARD
Director, Obscenity Prosecution Task Force
United States Department of Justice, Criminal Division

_____/s/_____
MATTHEW BUZZELLI
Trial Attorney, Obscenity Prosecution Task Force
United States Department of Justice, Criminal Division
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
(202) 616-2379
Matthew.buzzelli@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Pamela Satterfield, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Government's Notice of Appearance on June 10, 2010, by CM/ECF which will send electronic copies to counsel for the defendants, Robert Corn-Revere, Esquire, Davis Wright Tremaine, LLP, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; H. Louis Sirkin, Esquire, and Jennifer Kinsley, Esquire, Sirkin, Kinsley & Nazzarine, 810 Sycamore Street, Second Floor, Cincinnati, OH 45202; Paul Cambria, Jr., Esquire, and Roger Wilcox, Esquire, Lipsitz Green Scime Cambria, LLP, 42 Delaware Avenue, Suite 120, Buffalo, NY 14202; and Allan Gelbard, Esquire, 15760 Ventura Boulevard, Suite 801, Encino, CA 91436.

                              /s/
                              Pamela S. Satterfield