UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:08-CR-00093-RJL |
| v. | : | Judge Leon |
| JOHN STAGLIANO, et al. | : | |
| Defendants. | : | |

### DEFENDANTS' NOTICE REGARDING SUPPLEMENTAL AUTHORITY

Come now Defendants, Evil Angel Productions, Inc., John Stagliano, Inc., and John Stagliano, by and through counsel, and submit the following supplemental authority in response to the Court's colloquy with counsel at the June 14, 2010 pretrial regarding review of expert witnesses and possible *Daubert* hearings.

At the June 14 pretrial, the undersigned counsel for the Defendants indicated to the Court that he would provide a copy of a recent case analyzing a court's authority to review a defendant's proposed expert witnesses *in camera* in order to avoid any unauthorized and unwarranted pretrial discovery of the expert's possible testimony by the government.  A copy of that case, *United States v. Impastato*, 535 F.Supp.2d 732 (E.D. La. 2008), is attached to this *Notice*, and is provided as supplemental authority to the Defendant's previously filed *Reply to the Government's Opposition to Defendants' Joint Notice of Defendants' Intention to Call Expert Witnesses and Request for Expert Witness Summaries*.

In addition, at the June 14 pretrial, undersigned counsel referred to a previous *Daubert* hearing from another court in which counsel was involved in qualifying an expert, and counsel

indicated that he may provide the Court with a copy of the transcript from that hearing.  However, after going back and reviewing the referenced transcript, counsel realized that the issues in the previous case were substantially different from, and therefore not particularly relevant to, the facts or issues presented in the case *sub judice*.  Because said transcript is not applicable to the present case, counsel has not included that transcript as supplemental authority hereto.

Respectfully submitted,

     /s/ H. Louis Sirkin
H. Louis Sirkin
Jennifer M. Kinsley
Sirkin, Kinsley & Nazzarine Co., LPA
810 Sycamore St., 2nd Floor
Cincinnati, Ohio 45202
Telephone: (513) 721-4876

Paul J. Cambria, Jr.
Roger Wilcox
Lipsitz, Green, Scime & Cambria
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3901
Telephone: (716) 849-1333

Allan B. Gelbard
Law Offices of Allan B. Gelbard
15760 Ventura Blvd. #801
Encino, CA 91436
Telephone: (818) 386-9200

Robert Corn-Revere (D.C. Bar No. 375415)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
Telephone: (202) 973-4200

Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic notification system to counsel for the United States of America on the 15th day of June, 2010.

                    /s/ H. Louis Sirkin
                    H. Louis Sirkin
                    Jennifer M. Kinsley
                    Sirkin, Kinsley & Nazzarine Co., LPA
                    810 Sycamore St., 2nd Floor
                    Cincinnati, Ohio 45202
                    Telephone: (513) 721-4876

                    Paul J. Cambria, Jr.
                    Roger Wilcox
                    Lipsitz, Green, Scime & Cambria
                    42 Delaware Avenue, Suite 300
                    Buffalo, New York 14202-3901
                    Telephone: (716) 849-1333

                    Allan B. Gelbard
                    Law Offices of Allan B. Gelbard
                    15760 Ventura Blvd. #801
                    Encino, CA 91436
                    Telephone: (818) 386-9200

                    Robert Corn-Revere (D.C. Bar No. 375415)
                    Davis Wright Tremaine LLP
                    1919 Pennsylvania Avenue, NW, Suite 200
                    Washington, DC 20006-3402
                    Telephone: (202) 973-4200

                    Counsel for Defendants