UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 08-093 (RJL) |
| v. | : | |
| | : | |
| JOHN STAGLIANO | : | |
| JOHN STAGLIANO, INC. | : | |
| EVIL ANGEL PRODUCTIONS, INC. | : | |
| Defendants. | : | |

### GOVERNMENT'S EXPERT WITNESS NOTICE

The United States of America, by and through its undersigned attorneys, hereby submits the *curriculum vitae* of Dr. Chester Schmidt, the government's proposed expert witness for rebuttal.

DATED this 17th day of June, 2010.

Respectfully submitted,

\_\_\_\_/s/_____
Pamela Satterfield
Bonnie Hannan
Trial Attorneys
U.S. Department of Justice
Criminal Division
Obscenity Prosecution Task Force
1301 New York Ave., NW, Suite 500
Washington, DC 20530
Phone: (202) 353-2485
Fax: (202) 307-2217
E-mail: Pamela.Satterfield@usdoj.gov
E-mail: Bonnie.Hannan@usdoj.gov

## CERTIFICATE OF SERVICE

I, Pamela Satterfield, Trial Attorney with the United States Department of Justice, Criminal Division, hereby certify that the foregoing Government's Expert Witness Notice was filed on June 17, 2010, by CM/ECF which will send electronic copies to counsel for the defendants, Robert Corn-Revere, Esquire, Davis Wright Tremaine, LLP, 1919 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006; H. Louis Sirkin, Esquire, and Jennifer Kinsley, Esquire, Sirkin, Kinsley & Nazzarine, 810 Sycamore Street, Second Floor, Cincinnati, OH 45202; Paul Cambria, Jr., Esquire, and Roger Wilcox, Esquire, Lipsitz Green Scime Cambria, LLP, 42 Delaware Avenue, Suite 120, Buffalo, NY 14202; and Allan Gelbard, Esquire, 15760 Ventura Boulevard, Suite 801, Encino, CA 91436.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Pamela S. Satterfield