# CURRICULUM VITAE

**Chester W. Schmidt, Jr., M.D.**
**February 2010**

## PERSONAL DATA

6701 Suite A Curtis Court
Glen Burnie, MD 21060
410-424-4694
cwschmid@jhmi.edu

## EDUCATION

| | |
|---|---|
| 1948-1952 | St. Francis Xavier High School<br>New York, New York |
| 1952-1956 | The Johns Hopkins University<br>Baltimore, Maryland<br>Bachelor of Sciences<br>Baltimore, Maryland |
| 1956-1960 | The Johns Hopkins University<br>School of Medicine<br>Medical Doctorate |
| 1960-1961 | The Johns Hopkins Hospital<br>Department of Medicine<br>Internship |
| 1961-1962 | Stanford University Hospital<br>Department of Medicine<br>Palo Alto, California<br>Residency |
| 1963-1966 | The Johns Hopkins Hospital<br>Department of Psychiatry<br>Baltimore, Maryland |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1967-1972 | Assistant Professor, Psychiatry<br>The Johns Hopkins University<br>School of Medicine<br>Baltimore, Maryland |
| 1972-1983 | Associate Professor, Psychiatry<br>The Johns Hopkins University<br>School of Medicine |
| 1983-1994 | Associate Professor, Psychiatry<br>With Tenure<br>The Johns Hopkins University<br>School of Medicine |
| 1994-Present | Professor, Psychiatry<br>The Johns Hopkins University<br>School of Medicine |

## ACADEMIC POSITIONS

| | |
|---|---|
| 2003 – Present | Chief Medical Director<br>Johns Hopkins HealthCare |
| 2004 - 2008 | Chair, Medical Board<br>Johns Hopkins Bayview Medical Center<br>Baltimore, Maryland |
| 2001 | Interim Director, Department of Psychiatry and Behavioral Sciences<br>The Johns Hopkins University School of Medicine |
| 1999-2003 | Medical Director<br>Johns Hopkins Bayview Physicians, P.A. |
| 1996-Present | Medical Director<br>Johns Hopkins Health Care |
| 1993-1999 | Associate Dean<br>The Johns Hopkins School of Medicine |
| 1976-1999 | President<br>Johns Hopkins Bayview Physicians, P.A. |

| | |
|---|---|
| 1986-Present | Associate Director, Center for Sexual Health & Medicine<br>The Johns Hopkins University School of Medicine |
| 1984-1985 | Director, Center for Marital and Sexual Health<br>The Johns Hopkins University School of Medicine |
| 1977 | Vice-Chairman, Professional Staff<br>Baltimore City Hospitals |
| 1972-2005 | Director, Department of Psychiatry<br>Johns Hopkins Bayview Medical Center |
| 1972 | Director and Coordinator, Outpatient Services<br>Henry Phipps Psychiatric Clinic<br>The Johns Hopkins Hospital |
| 1971 | Co-Founder, Sexual Behaviors Consultation Unit<br>The Johns Hopkins Hospital |
| 1971 | Co-Director, Community Psychiatry<br>Department of Psychiatry and Behavioral Sciences<br>Johns Hopkins University School of Medicine |
| 1970-1972 | Coordinator, Outpatient Services<br>Henry Phipps Psychiatric Clinic<br>The Johns Hopkins Hospital |
| 1969-1970 | Director of Student Mental Health<br>The Johns Hopkins University School of Medicine |
| 1967-1970 | Program Coordinator and Co-Administrator<br>Suicidology Fellowship Training Program<br>Department of Psychiatry and Behavioral Sciences<br>Johns Hopkins Hospital |
| 1967-1970 | Assistant Director of Clinical Care<br>Henry Phipps Psychiatric Clinic<br>The Johns Hopkins Hospital |
| 1966-1967 | Chief Resident in Psychiatry<br>The Johns Hopkins Hospital |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1997-1999 | Member of the Board, Clinical Practice Association<br>Johns Hopkins Medical Institutions |
| 1995-1998 | Vice Chairman, Atlantic Health<br>Baltimore, Maryland |
| 1995-1998 | Member of the Board, Atlantic Health<br>State of Maryland |
| 1973-1974 | Member of the Board, Emergency Medical Services Corporation<br>Baltimore, Maryland |
| 1971 | Psychiatric Consultant, Fellowship House<br>Baltimore, Maryland |

## MILITARY SERVICE

| | |
|---|---|
| 1962-1963 | Captain, Medical Corps, United States Army |

## LICENSURE

| | |
|---|---|
| 1960 | Maryland, California |
| 1970 | Board Certified<br>American Board of Psychiatry and Neurology<br>(Psychiatry) |

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES

American Psychiatric Association – Distinguished Life Fellow
Maryland Psychiatric Society, Inc.
American Medical Association
American College of Psychiatrists - Fellow

### American Psychiatric Association

### APA Assembly of District Branches

| | |
|---|---|
| 1977-1981 | Alternate Representative - Assembly Rules Committee |
| 1979 | Member - Assembly Task Force on Community Mental Health Centers |
| 1980-1981 | Chair - Assembly Task Force on Initiatives and Referenda |
| 1983-1984 | Deputy Representative - Area III |

| | |
|---|---|
| 1983-1985 | Member - Task Force on the Insanity Defense |
| 1984-1986 | Committee on Constitution and By-Laws, Assembly Liaison |
| 1984-1985 | Acting Representative - Area III |
| 1985 | Representative - Area III |

## APA National Organization

| | |
|---|---|
| 1979 | Member - Component on Directories |
| 1980-1984 | Chair - Committee on Constitution and By-Laws |
| 1985 | National Nominating Committee |
| 1985-1991 | Area III Trustee |
| 1986-1987 | Member - Ad Hoc Committee on DSM III-R |
| 1987-1988 | Member - Ad Hoc Committee on Joint Commissions |
| 1988-1989 | Member - Steering Committee, Conference on HMO's and Managed Care |
| 1988-1994 | Chair - Sexual Disorders Work Group DSM-IV |
| 1988-2005 | Chair – Committee on RBRVS and Codes and Reimbursements |

## Maryland Psychiatric Society, Inc. (District Branch)

| | |
|---|---|
| 1974-1977 | Council Member |
| 1976-1979 | Assembly Deputy Representative |
| 1979-1980 | Secretary - Treasurer, Maryland Psychiatric Society, Inc. |
| 1979-1983 | Assembly Representative |
| 1980-1981 | President Elect |
| 1981-1982 | President |
| 1982-1985 | Council Member |

## American Medical Association

| | |
|---|---|
| 1989-2005 | Member – CPT Advisory Committee (APA Representative) |
| 1992-2005 | Member – RVS Update Committee (APA Representative) |
| 2005-Present | Consultant – APA RVS Update Committee |

## GRANTS AND AWARDS

1.    1968-1975 Chief Psychiatric Consultant: Special Field Study. Alcohol Involvement in Motor Vehicle Accidents. Russell W. Fisher, M.D. Principal Investigator. U.S. Department of Transportation. Grant No. 198-3-770.

2.    1967 Coordinator: 1968-1969 Co-Administrator: Fellowship in Suicidology, Seymour Perlin, M.D. Principal Investigator NIMH Grant No. 1 TO 1 MH 1126.

3.    1971-1972 Co-Director: Community Psychiatry Program, Johns Hopkins Hospital Department of Health and Mental Hygiene State of Maryland Grant No. 1A 24.2.D.

4.    1975-1976 Principal Investigator: Social Adjustment Profiles of Fatally and Non-Fatally Injured Drivers. Baltimore City Hospitals Institutional Research Grant.

5.    1979-1982 Consultant: Measuring the Quality of Survival in Burn Patients National Center for Health Services. HS 03237-1.

6.    1987 Psychological evaluation of participants in assisted reproduction. Office of Technology Assessment, Congress of the United States Research Grant with Peter J. Fagan, Ph.D.

7.    1990 Co-Investigator: Behavioral Pharmacological AIDS Prevention. George E. Bigelow, M.D. Principal Investigator, National Institute on Drug Abuse, Grant No. D806120-02.

## BIBLIOGRAPHY

## JOURNAL PUBLICATIONS

1.    Knorr, N.J., Clower, C.G., and Schmidt, C.W., Jr.: Mixed Adult and Adolescent Group Therapy. Am. J. of Psychotherapy 20:323-332, April, 1966.

2.    Perlin, S., and Schmidt, C.W.,Jr.: Fellowship Program in Suicidology. Bulletin of Suicidology, March, 1969.

3.    Schaffer, J.W., Perlin, S., Schmidt, C.W., Jr., and Himmelfarb, M.: Assessment in Absentia: New Directions in the Psychological Autopsy. The Johns Hopkins Medical Journal, 1972.

4.    Schmidt, C.W., Jr., Perlin, S., Towns, W., Fisher, R., and Shaffer, J.: Characteristics of Drivers Involved in Single Car Accidents. Archives of General Psychiatry 27:800-803, Dec. 1972.

5.      Schaffer, J.W., Towns, W., Schmidt, C.W., Jr., Fisher, R.S. and Zlotowitz, H.I.: Social Adjustment Profiles of Fatally Injured Drivers: a Replication and Extension. Archives of General Psychiatry 30:508-511, Apr., 1974.

6.      Schmidt, C.W., Jr.: Psychiatric Problems of the Aged. J. of the American Geriatric Society 22, 8, 355-359, Aug. 1974.

7.      Shaffer, J.W., Perlin, S., Schmidt, C.W., Jr., and Stephens, J.H.: Prediction of Suicide and Schizophrenia. J. of Nervous and Mental Disorders 159, 5, 349-355, Nov. 1974.

8.      Meyer, J.K., Schmidt, C.W., Jr., Lucas, M.J. and Smith, E.: The Short Term Treatment of Sexual Disabilities: Interim Report. Am. J. Psychiatry 132-2, 172-176, Feb. 1975.

9.      Schmidt, C.W., Jr., and Lucas, M.J.: The Evaluation and Treatment of Impotence. Primary Care: 2,2, 275-280, June, 1975.

10.     Schmidt, C.W., Jr., Meyer, J.K., Lucas, M.J., and Smith E.: Brief Treatment of Sexual Problems. Southern Medical Journal 69, 9, 1167-1169, Sept. 1976.

11.     Schmidt, C.W., Jr., Shaffer, J., Zlotowitz, H.I. and Fisher, R.S.: Personality Factors in Crashes: Age and Alcohol. Proceedings of the American Association for Automotive Medicine, Nov. 1, 1976.

12.     Baile, W.F., DePaulo, J.R. Jr., and Schmidt, C.W., Jr.: Emergency Room Management of Organic Brain Syndromes Caused by Over-the-Counter Hypnotics. Maryland State Medical Journal, 61-63 Jan. 1977.

13.     Schmidt, C.W., Jr., Shaffer, J.W., Zlotowitz, H.I. and Fisher, R.S.: Suicide by Vehicular Crash. American J. Psychiatry 134, 2 175-178, Feb. 1977.

14.     Banks, W.W., Shaffer, J.W., Masemore, W.C., Fisher, R.S., Schmidt, C.W., Jr., and Zlotowitz, H.I.: The Relationship between Previous Driving Record and Driver Cul-pability in Fatal Multiple-Vehicle Collisions.  Accident Analysis and Prevention 9, 14, 14-17, March, 1977.

15.     Shaffer, J.W., Schmidt, C.W., Jr., Zlotowitz, H.I. and Fisher, R.S.: Social Adjustment Profiles of Female Drivers Involved in Fatal and Serious Accidents. Am. J. Psychiatry 234,7 801-804, July,1977.

16.     Shaffer, J.W. and Schmidt C.W., Jr.: Biorhythms and Fatal and Serious Highway Crashes: Is There a Relationship? Archives of Gen. Psychiatry 35,1 41-46, Jan. 1978.

17.     Schmidt, C.W., Jr.: Impotence. Urban Health, April, 1979.

18.   Barry, W.S., Kharabi, F., Nyman, G., and Schmidt C.W., Jr.: Expanding Psychiatric
      Service in a Hospital Emergency Room. J. Am. Med. Assn. 242:1394-1395, Sept. 1979.

19.   Schmidt, C.W., Jr.: Sexual Deviations Section in Unit on Maladaptive Behavior and
      Dynamics of the Syllabus of the 4th Edition of the Psychiatric Knowledge and Skills
      Self-Assessment Program (PKSAP-IV) American Psychiatric Association, 1979.

20.   Halle, M.H., Schmidt, C.W., Jr., and Meyer, J.K.: Grandmothers, Mothers and
      Transsexualism. Am. J. of Psychiatry, 497-498, April 1980.

21.   Schmidt, C.W., Jr., Zieve, P.D., D'Lugoff, B.C.: A Practice Plan in a Municipal Teaching
      Hospital. New Eng. J. of Med. 304:263-269, Jan. 29, 1981.

22.   Fagan, P.J., Wise, T.N., and Schmidt, C.W., Jr.: Sexual Concerns of the Patient with
      Multiple Sclerosis. Medical Aspects of Human Sexuality. 157-164, March 1986.

23.   Fagan, P.J., Schmidt, C.W., Jr., Rock, J.A., Damewood, M.D., Halle, E., and Wise,
      T.N.: Sexual Functioning and Psychologic Evaluation of In Vitro Fertilization
      Couples. Fertility and Sterility, 46:668-672, Oct. 1986

24.   Derogatis, L.R., Fagan, P.J., Schmidt, C.W., Jr. Wise, T.N., and Gilden,
      K.S.: Psychological Subtypes of Anorgasmia: A Marker Variable Approach. J. of Sex
      and Marital Therapy, 12, 197-210, Fall 1986.

25.   Fagan, P.J., Meyer, J.K., and Schmidt, C.W., Jr.: Sexual Dysfunction In An Adult
      Developmental Perspective. J. of Sex and Marital Therapy, 12, 1-12, Winter 1986.

26.   Fagan, P.J., Wise, T.N., Schmidt, C.W., Jr., and Dupkin, C.N.:  Inhibited Sexual
      Excitement in the Aging Male. J. of Geriatric Psychiatry, 20, 2, 153-164, 1987.

27.   Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Derogatis L.R.: Sexual dysfunction and
      dual psychiatric diagnosis. Comprehensive Psychiatry, 29:278-284, 1988.

28.   Fagan, P.J., Wise, T.N., Derogatis, L.R., and Schmidt, C.W., Jr.: Distressed
      Transvestites: Clinical Characteristics. J. Nervous and Mental Disease, 176:626-631,
      1988.

29.   Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Derogatis, L.R.: Alcoholism in Patients
      with Sexual Disorders. J. of Sex and Marital Therapy 14, 1988.

30.   Derogatis, L.R., Schmidt, C.W. Jr., Fagan, P.J., and Wise, T.N.: Subtypes of Anorgasmia
      via Mathematical Taxonomy. Psychosomatics Fall, 1988.

31. Brooner, R.K., Templer, D., Svikis, D.S., Schmidt, C.W.,Jr., and Monopolis, S.: Dimensions of Alcoholism: A Multivariate Analysis. Journal of Studies on Alcohol, 51, No. 1, 77-81, 1990.

32. Brooner, R.K., Bigelow, G.E., and Schmidt, C.W. Jr.: Intravenous drug abusers with antisocial personality disorder: Increased HIV risk behavior. Drug and Alcohol Dependence. 26:39-44, 1990.

33. Fagan, P.J., Wise, T.N., Schmidt, C.W. Jr, Ponticas, Y., and Marshall, R.D.: A Comparison of Five-Factor Personality Dimensions in Males With Sexual Dysfunction and Males with Paraphilia. Journal of Personality Assessment. 57:434-448, 1991.

34. Wise, T.N., Fagan, P.J., Schmidt, C.W. Jr., Ponticas, Y., and Costa, P.: Personality and Sexual Functioning of Transvestitic Fetishists and Other Paraphilics. Journal of Nervous and Mental Disease. 179:694-698,1991.

35. Brooner, R.K., Schmidt, C.W., Jr., Felch, L.J., Bigelow, G.E.: Antisocial behavior of intravenous drug abusers: Implications for diagnosis of antisocial personality disorder. Am. J. Psychiatry. 149:4, 482-487, 1992.

36. Brooner, R.K., Greenfield, L.G., Schmidt, C.W., Jr., Bigelow,G.: Antisocial personality disorder and HIV infection in intravenous drug abusers. Am. J. Psychiatry. 150:1, 53-58, 1993.

37. Brooner, R.K., Herbst, J.H., Schmidt, C.W., Jr., Bigelow, G., and Costa, P.T.: Antisocial personality disorders among drug abusers: Relations to other personality diagnoses and the five-factor model of personality. J. Mental and Nervous Disease. 181:5, 313-319, 1993.

38. Strain, E.C., Buccino, D.L., Brooner, R.K., Schmidt, C.W. Jr., and Bigelow, G.E.: The triply diagnosed: patients with major mental illness, cognitive impairment, and substance abuse. J. Nervous and Mental Disease. 181:9, 585-587, 1993.

39. Zonderman, A.B., Herbst, J.H., Schmidt, C.W., Jr., Costa. P.T. and McCrae, R.R.: Depressive symptoms as a nonspecific, graded risk for psychiatric diagnoses. J. Abnormal Psychology. 102:544-552, 1993.

40. Fagan, PJ., Schmidt, C.W., Jr., Psychosexual disorders. In Stoudemire A, ed. Clinical Psychiatry for Medical Students. Second Edition, Philadelphia, PA: J.B. Lippincott; 388-410, 1994.

41. King, V.L., Brooner, R.K., Bigelow, G.E., Schmidt, C.W. Jr., Felch, L.J., and Gazaway, P.M.: Condom use rates for specific sexual behaviors among opioid abusers entering treatment. Drug and Alcohol Dependence. 35:231-238, 1994.

42.   Hackerman, F., Buccino, D.L., Gallucci, G. and Schmidt, C.W., Jr.: The effect of a split in WAIS-R VIQ and PIQ scores on patients with cognitive impairment and psychiatric illness. Journal of Neuropsychiatry and Clinical Neurosciences. 8:85-87, 1996.

43.   Schmidt, C.W., Jr.: A CPT Primer: An annotated trip through the most commonly used reimbursement codes. Journal of Practical Psychiatry and Behavioral Health. 3:137-145, 1996.

44.   Brown GR, Wise TN, Costa PT Jr, Herbst JH, Fagan PJ, Schmidt, CW Jr: Personality Characteristics and Sexual Functioning of 188 Cross-dressing Men. Journal of Nervous and Mental Disease 184: 265-73, 1996.

45.   Fauerbach, J.A., Lawrence, J., Haythornthwaite, J., Richter, D., McGuire, M., Schmidt, C.W., Jr., and Munster, A.: Preburn psychiatric history affects posttrauma morbidity. Psychosomatics. 38:374-385, 1997.

46.   Fauerbach, J., Lawrence, J., Haythornthwaite, J., Richter, D., McGuire, M., Schmidt, C.W., Jr., Munster, A. Psychiatric history affects post trauma morbidity in a burn injured adult sample. Psychosomatics. 1997; 38: 374-385.

47.   Fauerbach, J., Lawrence, J., Schmidt, C.W., Jr., Munster, A., Costa, P. Personality predictors of injury-related PTSD. Journal of Nervous and Mental Disease 2000; 188:510-517.

48.   Strand J., Wise, T.N., Fagan, P.J., Schmidt, C.W., Jr.: Erectile Dysfunction and Depression. Category or Dimension? Journal of Sex & Marital Therapy, 28:175-181,2002

49.   Fagan, P.J., Schmidt, C.W., Jr., Cook, Barbara: A model for managed behavioral health care in an academic department of psychiatry. Psychiatric Services, vol. 53, No.4:431-436;2002

50.   Wise, T.N., Osborne, C., Strand, J., Fagan, P.J., Schmidt, C.W., Jr.,: Alexithymia in Patients Attending A Sexual Disorders Clinic; 2002

51.   Fagan, P.J., Wise, T.N., Schmidt, C.W., Jr., Berlin, F.S.: "Pedophilia" Journal American Medical Association, 288:19; 2002, 2458-2465.

52.   Gallucci, G., Schmidt, C.W., Jr., Hackerman, F.: Gender identity disorder in an adult male with Asperger's Syndrome. Sexuality and Disability, vol. 23, no. 1, Spring 2005.

53.   Hackerman, F., Schmidt, C.W., Jr., Dyson, D., Hovermale, L., Gallucci, G.: Developing a model psychiatric treatment program for patients with intellectual disability in a

community mental health center. Community Mental Health Journal, Vol. 42, No. 1, February 2006.

## CHAPTERS

1.  Perlin, S. and Schmidt, C.W., Jr.: A Fellowship Program for the Study of Suicide and Suicide Prevention. In: Organizing the Community to Prevent Suicide. (Ed.) Thomas, Charles. Springfield, IL, 43-51, 1971.

2.  Schmidt, C.W., Jr., Meyer, J.K. and Lucas, M.J.: Sexual Deviations and Personality Disorders. In: Personality Disorders, Diagnosis and Management. (Ed.) Lion, John. Williams and Wilkins, Baltimore, MD, 154-177, 1974.

3.  Perlin, S. and Schmidt, C.W., Jr.: Psychiatry. In: A Handbook for the Study of Suicide. (Ed.) Perlin, S. Oxford University Press, 1975.

4.  Schmidt, C.W., Jr. and Lucas, M.J.: Intermittent,Time-Limited Treatment of Standard Sexual Disorders. In: Clinical Management of Sexual Disorders. (Ed.) Meyer, Jon. Williams and Wilkins, Baltimore, MD, 130-147, 1976.

5.  Schmidt, C.W., Jr.: The Accident Prone Syndrome. In: Modern Perspectives in Psychiatry Series. (Ed.) Howells John. Brunner/Mazel, New York, NY, 61-76, 1976.

6.  Schmidt, C.W., Jr.: Careers in the Treatment of Sexual Disorders. In: Career Directions. Sandoz Pharmaceuticals. East Hanover, NJ, Vol. 5:2, 18-27, 1977.

7.  Schmidt, C.W., Jr.: Psychiatric Management of Acute Trauma. In: Management of Trauma, Third Edition, (Eds.) Rutherford, R.B., Ballinger, W.F., Zuidema, G.D. 822-831, 1979.

8.  Schmidt, C.W., Jr.: Biochemical Methods in the Treatment of Sexual Disorders. Special Issue on Sexuality. In: Psychiatric Clinics of North America. (Ed.) Meyer, J.K. April 1980.

9.  Schmidt, C.W., Jr., Meyer, J.K., and Lucas, J.: Paraphilias and Personality Disorders. In: Personality Disorders, Second Edition, (Ed.) Lion, J.R. Williams and Wilkins, Baltimore, MD, 1981.

10. Schmidt, C.W., Jr.: Counseling Techniques for Ambulatory Practice. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins, Baltimore, MD, 1982.

11. Schmidt, C.W., Jr.: Treatment of Sexual Disorders. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins,

Baltimore, MD  1982.

12.   Schmidt, C.W., Jr.: Treatment of Schizophrenia in Ambulatory Practice. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins, Baltimore, MD, 1982.

13.   Schmidt, C.W., Jr.: Nocturnal Penile Tumescence Studies and Associated Techniques. In: Clinical Management of Sexual Disorders, Second Edition, (Eds.) Meyer, J.K., Schmidt, C.W., Jr., Wise, T.  Williams and Wilkins, Baltimore, MD, 1983.

14.   Schmidt, C.W., Jr., Lucas, M.J., and Meyer, J.K.: Sex Therapy. In:  Clinical Management of Sexual Disorders, Second Edition, (Eds.) Meyer, J.K., Schmidt, C.W., Jr., Wise, T. Williams and Wilkins, Baltimore, MD, 1983.

15.   Schmidt, C.W., Jr.: Pharmacological Methods in the Treatment of Sexual Disorders. In: Clinical Management of Sexual Disorders, Second Edition, (Eds.) Meyer J.K., Schmidt, C.W., Jr., Wise, T.  Williams and Wilkins, Baltimore, MD, 1983.

16.   Schmidt, C.W., Jr.:  Impotence. In: Clinical Management of Sexual Disorders, Second Edition, (Eds.) Meyer, J.K.,
17.   Schmidt, C.W., Jr., Wise, T.  Williams and Wilkins, Baltimore, MD, 1983.

18.   Schmidt, C.W., Jr.: Sexual Disorders in the Context of the Sexual Partnership. In: Clinical Management of Sexual Disorders, Second Edition, (Eds.) Meyer, J.K., Schmidt, C.W., Jr., Wise, T.  Williams and Wilkins, Baltimore, MD, 1983.

19.   Schmidt, C.W., Jr., Zieve, P.D., and D'Lugoff, B.C.: A Model for the Funding of Clinical Faculty in a Municipal Hospital. In: Biomedical Institution by a Medical Funding and Public Policy. (Ed.) Fudenberg, H.H., Plenum Publications, 1984.

20.   Wise, T.N. and Schmidt, C.W., Jr.: Diagnostic Approaches to Sexuality in the Medically Ill. In: Handbook of Psychiatric Procedures.  (Eds.) Beresford, T.B., Hall, R.C.W. Spectrum Publications, Jamaica, NY, 1985.

21.   Schmidt, C.W., Jr.: Psychiatric Management of Acute Trauma. In: The Management of Trauma, Fourth Edition, (Eds.) Rutherford, R.B., Ballinger, W.F., Zuidema, G.D. W.B. Saunders Company, Philadelphia, PA, 1985.

22.   Schmidt, C.W., Jr.: Psychosocial Problems: Evaluation and Case Formulation. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins, Baltimore, MD, 1986.

23.   Schmidt, C.W., Jr.: Psychotherapy in Ambulatory Practice. In:  Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R.  Williams and Wilkins,

Baltimore, MD, 1986.

24. Schmidt, C.W., Jr.: Schizophrenia. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins, Baltimore, MD, 1986.

25. Schmidt, C.W., Jr.: Sexual Disorders. In: Principles of Ambulatory Medicine. (Eds.) Zieve, P.D., Burton, J.R., Barker, L.R. Williams and Wilkins, Baltimore, MD, 1986.

26. Fagan, P.J. and Schmidt, C.W., Jr.: Sexual Dysfunction in the Medically Ill. In: Principles of Medical Psychiatry. Eds.) Stoudemire, A., Fogel, B.S. Grune and Stratton, Orlando, FL, 1987.

27. Schmidt, C.W., Jr.: Sexual Problems. In: The Practice and Principles of Medicine. (Eds.) Harvey, Johns, McKusick, Owens, Ross, Appelton, Century, Crofts. New York, NY, 1988.

28. Fagan, P.J. and Schmidt, C.W., Jr.: Psychosexual Disorders. In: Clinical Psychiatry for Medical Students. (Eds.) Stoudemire, A. Lippincott, J.B., Philadelphia, PA, 1990.

29. Fagan, P.J., Wise, T.N., and Schmidt, C.W., Jr.: Sexual Problems in Spinal Cord Disease. In: Current Therapy in Neurologic Disease-3. (Ed.) Johnson, R. Philadelphia, PA, 168-172, 1990.

30. Monopolis, S., Brooner, R., Jadwisiak, R., Marsh, E., and Schmidt, Jr.: Preliminary Report on Psychiatric Comorbidity in Adolescent Substance Abusers. In: Problems of Drug Dependence 1990. National Institute on Drug Abuse, Rockville, MD, 1990.

31. Schmidt, C.W. Jr.: Changes in Terminology for Sexual Disorders in DSM-IV. In: Psychiatric Medicine. (Ed.) Hall, R.C. Ryandic Publishing, Orlando, FL, Vol. 10, No. 2, 247-255, 1992.

32. Schmidt, C.W. Jr.: Report of DSM-IV Work Group on Sexual Disorders. In: Current Psychiatric Therapy. (Ed.) Dunner, D. W.B. Saunders Co., 335-338, 1993.

33. Fagan, P.J. and Schmidt, C.W. Jr.: Sexual Dysfunction in the Medically Ill. In: Psychiatric Care of the Medical Patient. (Eds.) Stoudemire, A. and Fogel, B.S. Oxford Press, New York, NY, 307-322, 1993.

34. Brooner, R.K., Schmidt, C.W. Jr., and Herbst, J.H.: Personality Trait Characteristics of Opioid Abusers With and Without Comorbid Personality Disorders. In: Personality Disorders and the Five-Factor Model of Personality.

35. (Eds.) Costa, P.T and Widiger, T.A. American Psychological Association, Washington, DC, 131-148, 1994.

36.   Schmidt, C.W., Jr.: Sexual Psychopathology and DSM-IV. In: Review of Psychiatry. (Eds.) Oldham, J. and Riba, M.B. American Psychiatric Press, Washington, DC, Vol. 14, 719-733, 1995.

37.   Barker, L.R. and Schmidt, C.W., Jr.: Evaluation of Psychosocial Problems. In: Principles of Ambulatory Medicine, Fourth Edition, (Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 117-122, 1995.

38.   Schmidt, C.W., Jr.: Schizophrenia. In: Principles of Ambulatory Medicine, Fourth Edition, (Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 173-179, 1995.

39.   Schmidt, C.W., Jr.: Sexual Disorders. In: Principles of Ambulatory Medicine, Fourth Edition, (Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 188-203, 1995.

40.   Brown, GR., Wise, TN, Costa, PT, Herbst, JH, Fagan, PJ, Schmidt, C.W., Jr., Personality characteristics and sexual functioning of 188 cross-dressing men. Journal of Nervous and Mental Disease. 184:65-273, 1996.

41.   Schmidt, C.W., Jr.: Schizophrenia. In: Principles of Ambulatory Medicine, Fifth Edition, (Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 183-190, 1998.

42.   Schmidt, C.W., Jr.: Sexual Disorders. In: Principles of Ambulatory Medicine, Fifth Edition, (Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 199-214, 1998.

43.   Fagan, P.J. and Schmidt, C.W., Jr.: Psychosexual Disorders. In:  Clinical Psychiatry for Medical Students, Third Edition, (Ed.) Stoudemire, A., Lippincott-Raven, Philadelphia, PA, 481-506, 1998.

44.   Fagan, P.J., Schmidt, C.W., Jr.: Sexual dysfunction in the medically ill. In Psychiatric Care of the Medical Patient, Second Edition. (A. Stoudemire, B.S.

45.   Fogel and D. Greenberg, Eds.) New York: Oxford University Press, September 1999.

46.   Fagan, P.J., Burnett, Arthur L., Rogers, L., Schmidt, C.W., Jr.: Sexuality and Sexual Disorders. In: Principles of Ambulatory Medicine, Sixth Edition, Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 69-91, 2002.

47.   Vaidya, V.K., Schmidt, C.W., Jr.,: Evaluation of Psychosocial Problems. In: Principles of Ambulatory Medicine, Sixth Edition, Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D.

Williams and Wilkins, Baltimore, MD, 239-245, 2002.

48. Angelino, A.F., Schmidt, C.W., Jr.,: Schizophrenia and Related Psychotic Disorders. In: Principles of Ambulatory Medicine, Sixth Edition, Eds.) Barker, L.R., Burton, J.R. and Zieve, P.D. Williams and Wilkins, Baltimore, MD, 303-311, 2002.

49. Derogatis, L.R, Burnett, A.L, Rogers, L.C., Schmidt, C.W., Jr., Fagan, P.J. Sexual Disorders: Diagnosis and Treatment. In Barker L, Zieve, P., McFeaters, S., Fiebach, N., Thomas, P., Kern, D. and Ziegelstein, R. Principles of Ambulatory Medicine, 7th Edition. York, PA., Techbooks, Inc., 73-99, 2006.

## ABSTRACTS

1. Schmidt, C.W., Jr., Perlin, S., and Dizmang, P.: Driver Fatalities in Single Car Accidents. Scientific Proceedings, American Psychiatric Assn. 153, May 1971.

2. Perlin, S., Shaffer, J.W., Schmidt, C.W., Jr., and Stephens, J.H.:  Prediction of Suicide and Schizophrenia. Scientific Proceedings, American Psychiatric Assn. 133, May, 1972.

3. Schmidt, C.W., Jr., Shaffer, J.W., Towns, W., Zlotowitz, H.I., and Fisher, R.S.: The Importance of Human Factors in Vehicular Accidents. Scientific Proceedings, American Public Health Association, November, 1973.

4. Meyer, J.K., Schmidt, C.W., Jr., Lucas, M.J., and Cremin, E.: Short Term Treatment of Sexual Disabilities: Interim Report. Scientific Proceedings, American Psychiatric Association, May, 1974.

5. Schmidt, C.W., Jr., Meyer, J.K., Lucas, M.J., and Smith, E.: Brief Treatment of Sexual Problems. Scientific Proceedings of the Southern Med. Assn. 69:9, 1167-1169, Sept. 1976.

6. Schmidt, C.W., Jr., Shaffer, J.W., Zlotowitz, H.I., and Fisher, R.S.: Suicide by Vehicular Crash. Scientific Proceedings, American Psychiatric Assn. May 1976.

7. Schmidt, C.W., Jr.: Assessment and Treatment of Sexual Dysfunctions.  Participation in Panel. Proceedings American Psychiatric Assn. May 1976.

8. Schmidt, C.W., Jr.: Alternatives for the Treatment of Transsexuals. Participation in Panel. Proceedings, American Psychiatric Assn.  May, 1976.

9. Schmidt, C.W., Jr., Shaffer, J., Zlotowitz, H.I. and Fisher, R.S.: Personality Factors in Crashes: Age an Alcohol. Proceedings, American Association of Automotive Medicine. Atlanta, GA Oct. 31 - Nov. 3, 1976.

10.  Schmidt, C.W., Jr., Shaffer, J., Zlotowitz, H.I. and Fisher, R.W.: Human Factors in Crashes: Causes or Correlates. Proceedings, American Psychiatric Assn. Toronto, Canada, May, 1977.

11.  Redmond, A.C., Derogatis, L., Blum, L., Halle, E., Smith, E., Meyer, J.K., Schmidt, C.W., Jr., Wise, T. and Lucas, J.: The Diagnostic Assessment of Sexual Disorders. American Psychiatric Association Proceedings. Toronto, Canada. May, 1977.

12.  Redmond, A.C., Derogatis, L., Blum, L., Halle, E., Smith, E., Meyer, J.K., Schmidt, C.W., Jr., Wise, T., and Lucas, J.: The Diagnostic Assessment of Sexual Disorders. Proceedings, American Psychiatric Association. Atlanta, GA. May, 1978.

13.  Halle, W., and Schmidt, C.W., Jr.: Grandmothers, Mothers and Gender Dysphoria. Proceedings, American Psychiatric Association. Atlanta, GA.  May, 1978.

14.  Halle, E., Lucas, M.J., and Schmidt, C.W., Jr.: Female Gender Dysphorics and their Partners. Sixth International Gender Dysphoria Symposium. San Diego, CA.  Feb., 1979.

15.  Schmidt, C.W., Jr., Halle, E., Lucas, M.J., and Meyer, J.K.: Female Transsexualism. American Psychiatric Association Meetings, San Francisco, CA.  May, 1980.

16.  Schmidt, C.W., Jr.,: Baltimore City Hospitals - Chesapeake Physicians Professional Association. Medical Care Symposium. New York, April 14-16, 1980.

17.  Schmidt, C.W., Jr.: Fatal Accidents Involving Alcohol: North Western University School of Medicine a National Highway Traffic Safety Administration Symposium. Chicago. June 25, 1980.

18.  Schmidt, C.W., Jr. and Wise, T.: Is There a Sex Therapy? American Psychiatric Association Meetings. Toronto, Canada. May, 1982.

19.  Fagan, P.J., Wise, T.N., Schmidt, C.W., Jr., and Dupkin, C.N.: Inhibited Sexual Excitement in the Aging Male: American Psychiatric Association. Dallas, May 1985.

20.  Fagan, P.J., Schmidt, C.W., Jr., et al.: Sexual Functioning in In-vitro Fertilization Couples. American Psychiatric Association, Dallas, May 1985.

21.  Fagan, P.J., Schmidt, C.W., Jr., Rock, J., Damewood, M., Halle, E., and Wise, T.N.: Sexual Functioning and Psychological Evaluation of in vitro Fertilization Couples. Abstract, Society for Sex Therapy Research, Annual Meeting, Minneapolis, Minnesota, 1985.

22.  Derogatis, L.R., Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Gliden, K.S.: Psychological Subtypes of Anorgasmia. Scientific Proceedings, Society for Sex Therapy

and Research., Philadelphia. March, 1986.

23.   Fagan, P.J., Schmidt, C.W., Jr., Rock, J.A., Damewood, M.D., Halle, E.W., and Wise,
      T.N.: Sexual Functioning Among In vitro Fertilization Couples. Scientific Proceedings,
      American Society for Psychosomatic Obstetrics and Gynecology, Philadelphia, PA.
      April, 1986.

24.   Schmidt, C.W., Jr.: Living with DRG's. Scientific Proceedings. American Psychiatric
      Assn., Washington, D.C. May, 1986.

25.   Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Derogatis, L.R.: Alcoholism in Sexually
      Dysfunctional Patients. Scientific Proceedings, American Psychiatric Association. May,
      1986.

26.   Derogatis, L.R., Schmidt, C.W., Jr., Fagan, P.J., and Wise, T.N.: Subtypes of Anorgasmia
      via Mathematical Taxonomy. Scientific Proceedings, American Psychiatric Association.
      May, 1987.

27.   Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Derogatis, L.R.: Sexual Dysfunction and
      Dual Psychiatric Diagnoses. Scientific Proceedings, American Psychiatric Association.
      May, 1987.

28.   Wise, T.N., Schmidt, C.W., Jr., Leibenluft, E., Small, E.C., and Chapman, R.J.: General
      Hospital Psychiatry -Problems or Progress. Scientific Proceedings, American Psychiatric
      Association. May, 1987.

29.   Brooner, P.K., Schmidt, C.W., Jr., Svikis, D., and Monopolis, S.: Essential and Familial
      Alcoholism: Are They Different? Scientific Proceedings of American Psychological
      Association. August, 1987.

30.   Schmidt, C.W., Jr. and Fagan, P.J.: Sexuality and the therapeutic relationship - ethical
      concerns. Society for Sex Therapy and Research, New York City, March 17, 1988.

31.   Brooner, R.K., Regier, M.W., Stockman, S., Schmidt, C.W.,Jr., and Bigelow, G.: Psycho-
      pathology and Essential Alcoholism: Patterns of Alcohol Use. April, 1988.

32.   Fagan, P.J., Wise, T.N., Derogatis, L.R., and Schmidt, C.W., Jr.,: Distressed
      Transvestites: Clinical Characteristics. American Psychiatric Association, Montreal,
      Canada, May 1988.

33.   Brooner, R.K., Bigelow, G.E., and Schmidt, C.W., Jr.,: Substance Use Disorders and
      Psychiatric Co-Morbidity. World Psychiatric Association, VIII World Congress of
      Psychiatry, Athens, Greece, October 1989.

34.    Fagan, P.J., Schmidt, C.W., Jr., Wise, T.N., and Derogatis, L.R.,: Personality Factors in Male Sexual Disorders.  World Psychiatric Association, VIII World Congress of Psychiatry, Athens, Greece, October 1989.

35.    Schmidt, C.W., Monopolis, S., Balis, G.V., and Brandt, H.A.: Issues and Challenges with Dually Diagnosed Patients.  World Psychiatric Association, Athens, Greece, October 1989.

36.    Schmidt, C.W., Jr., Costa, P.T. Jr., Fagan, P.J., Ponticas, Yula, Berlin Fred, and Wise, T.N.: Symposium: Personality and Sexual Disorders: Is there a link?  Society for Sex Therapy And Research. March, 1990.

37.    Schmidt, C.W., Jr., Costa, P.T., Ponticas, Yula, Fagan, P.J., and Wise, T.N.: Symposium: Personality Dimensions and Sexual Disorders. Society For Personality Assessment, San Diego, California, March, 1990.

38.    Brooner, R.K., Bigelow, G.E., Greenfield, L., Strain, E.C., and Schmidt, C.W., Jr.: Intravenous Drug Abusers with Antisocial Personality Disorder: Higher Rate of HIV-1 Infection.  Committee on Problems of Drug Dependence, Richmond, VA, June, 1990.

39.    Monopolis, S., Brooner, R.K., Jadwisiak, R., and Schmidt, C.W., Jr.: Preliminary Report on Psychiatric Comorbidity in Adolescent Substance Abusers. Committee on Problems of Drug Dependence, Richmond, VA, June 1990.

40.    Schmidt, C.W., Jr., Grindheim, L., Gordy, T., Morgan-Minott, M., Gordan, E.:  CPT & Medicare, Getting Paid for Services Rendered.  144th Annual American Psychiatric Association, New Orleans, LA, May 1991.

41.    Brooner, R.K., Costa, P.T., Felch, L.J., Rousar, E.E., Bigelow, G.E., and Schmidt, C.W. Jr.: The Personality Dimensions of Male and Female Drug Abusers With and Without Antisocial Personality Disorder.  NIDA Monograph, Proceedings of the 53rd Annual Committee on Problems of Drug Dependence, Palm Beach, FL, June 16-20, 1991.

42.    Rousar III, E.E., Brooner, R.K., Costa, P.T., Regier, M.W., Herbst, J., and Schmidt, C.W. Jr.: Personality Correlates of Drug Abusers With and Without Depressive Disorders. NIDA Monograph, Proceedings of the 53rd Annual Committee on Problems of Drug Dependence, Palm Beach, FL, June 16-20, 1991.

43.    Monopolis, S.J., Brooner, R.K., Cruise, K., Varner, K., Lininger, P., Schmidt, C.W. Jr.: Systematic Study of Substance Abuse and Psychopathology in Adolescents. Proceedings of the 53rd Annual Committee on Problems of Drug Dependence, Palm Beach, FL, June 16-20, 1991.

44.    Schmidt, C.W. Jr., et al.: The Basics of Current Procedural Terminology (CPT).  145th

Annual American Psychiatric Association. Washington DC, May 1992.

45.   Schmidt, C.W. Jr., et al.: How to Use the New Evaluation and Management Code.  145th Annual American Psychiatric Association.  Washington DC, May 1992.

46.   Strain, E.C., Buccino, D., Schmidt, C.W. Jr., and Bigelow, G.:  The Characteristics of Triply Diagnosed Patients. 145th Annual American Psychiatric Association. Washington, DC, May 1992.

47.   Monopolis, S.J., Minas, J., Myhill, J., Stein, M.B., Whalen, T., and Schmidt, C.W. Jr.: Child/Parent Perceptions of Psychiatric Treatment.  145th Annual American Psychiatric Association.  Washington, DC, May 1992.

48.   Schmidt, C.W. Jr., Gordy, T., Larson, J.:  The Basics of Current Procedural Terminology (CPT).  146th Annual American Psychiatric Association.  San Francisco, CA, May 1993.

49.   Schmidt, C.W. Jr., et al.: How to Use the New Evaluation and Management Code.  146th Annual American Psychiatric Association. San Francisco, CA, May 1993.

50.   Schmidt, C.W. Jr.: Sexual Disorders in DSM-IV. 146th Annual American Psychiatric Association.  San Francisco, CA, May 1993.

51.   King, V.L., Brooner, R.K., Schmidt, C.W., and Bigelow, G.E.: The Frequency of High Risk Sexual Behaviors in Outpatient Opioid Abusers. College on Problems of Drug Dependence. Toronto, Canada, June 1993.

52.   Schmidt, C.W. Jr., Gordy, T. and Larson, J.: The Basics of Current Procedural Terminology (CPT).  147th Annual American Psychiatric Association.  Philadelphia, PA, May 1994.

53.   Schmidt, C.W., Jr., Gordy, T., Larson, J.: The Basics of Current Procedural Terminology (CPT).  Hospital and Community Psychiatry. Seattle, WA, October 1994.

54.   Schmidt, C.W., Jr., Gordy, T. and Larson, J.: The Basics of Current Procedural Terminology (CPT).  148th Annual American Psychiatric Association.  Miami, FL, May 1995.

55.   Schmidt, C.W., Jr., Gordy, T., Morgan-Minott, M., Gordon, E., Berland, D. and Larson, Jr.: Documentation for Current Procedural Terminology Services. 148th Annual American Psychiatric Association. Miami, FL, May 1995.

56.   Schmidt, C.W., Jr., Gordy, T., Scherl, D., Gordon, E., Berland, D.: RBRVS and Coding Changes: Effects on Practice Revenues. 149th Annual American Psychiatric Association.  New York, NY, May 1996.

57.    Wise, T., Schmidt, C.W., Jr., et al.: Sexual Dysfunctions: Diagnosis and Treatment."
149th Annual American Psychiatric Association. New York, NY, May 1996.

58.    Schmidt, C.W., Jr., Gordy, T., Scherl, D., Gordon, E., Berland, D., Shellow, R.: RBRVS
and Coding Changes: Effects on Practice Revenues. 150th Annual American Psychiatric
Association. San Diego, CA, May 1997.

59.    Schmidt, C.W., Jr., Scherl, D., Gordy, T., Gordon, E., Morgan-Minott, M., Rafferty, F.,
Shellow, R.: Coding Changes and New Documentation Requirements. 151st Annual
American Psychiatric Association. Toronto, Canada, May 1998.

60.    Schmidt, C.W., Jr., Gordy, T.: Component Workshop: Coding and Documentation 153rd
Annual Meeting, American Psychiatric Association, Chicago, Illinois, May 1999.

61.    Schmidt, C.W., Jr., Gordy T., Gordon, E. Morgan-Minott, M.: Component Workshop –
Coding and Documentation. 152nd Annual Meeting, American Psychiatric Association.
New Orleans, Louisiana, May 2000.

62.    Schmidt, C.W., Jr.: Course: CPT Coding and Documentation. 153rd Annual Meeting,
American Psychiatric Association, New Orleans, Louisiana, May 2000.

63.    Schmidt, C.W., Jr., Gordy, T., Gordon, E., Shellow, R., Schwartz, J., Rogan, G.:
Component Workshop – Coding and Documentation. 154th Annual Meeting, American
Psychiatric Association, San Francisco, CA, May 2001.

64.    Schmidt, C.W., Jr.: Course: CPT Coding and Documentation, 154th Annual Meeting,
American Psychiatric Association, San Francisco, CA, May 2001.

65.    Schmidt, C.W., Jr., Gordy, T., Gordon, E., Shellow, R., Schwartz, J., Rogan, G.:
Component Workshop – Coding and Documentation. 155th Annual Meeting, American
Psychiatric Association Philadelphia, PA, May 2002.

66.    Schmidt, C.W., Jr.: Course: CPT Coding and Documentation. 155th Annual Meeting,
American Psychiatric Association, Philadelphia, PA, May 2002.

67.    Schmidt, C.W., Jr.: Course: CPT Coding and Documentation, 156th Annual Meeting,
American Psychiatric Association, San Francisco, CA, May 2003.

68.    Schmidt, C.W., Jr.: Component Workshop – Coding and Documentation, 156th Annual
Meeting, American Psychiatric Association, San Francisco, CA, May 2003.

69.    Schmidt, C.W., Jr.: Course CPT Coding and Documentation Psychiatric Institute,
American Psychiatric Association, Boston, MA, October 2003.

70.   Schmidt, C.W., Jr., Gordy, T.: Course: Current CPT Coding and Documentation Requirements, 157th Annual Meeting, American Psychiatric Association, New York, NY, May 2004.

71.   Schmidt, C.W., Jr., Gordy, T.: Component Workshop – CPT Coding and Documentation Update, 157th Annual Meeting, American Psychiatric Association, New York, NY, May 2004.

72.   Schmidt, C.W., Jr., Gordy, T.: Course: CPT Coding and Documentation  158th Annual American Psychiatric Association, Atlanta, GA, May 2005.

73.   Schmidt, C.W., Jr., Gordy, T.: Workshop: - CPT Coding and Documentation, May 2005.

74.   Schmidt, C.W., Jr., Gordy, T.: Course: CPT Coding and Documentation, 159th Annual American Psychiatric Association, Toronto, Canada, May 2006.

75.   Schmidt, C.W., Jr., Gordy, T.: Workshop: - 160th Annual American Psychiatric Association, San Diego, CA, May 2007.

76.   Schmidt, C.W., Jr., Gordy, T.: Course: 160th Annual American Psychiatric Association, San Diego, CA, May 2007.

77.   Schmidt, C.W., Jr., Gordy, T.: Workshop: - 161st Annual American Psychiatric Association, Washington, DC, May 2008.

78.   Schmidt, C.W., Jr., Gordy, T.: Course: 161st Annual American Psychiatric Association, Washington, DC, May 2008.

79.   Schmidt, C.W., Jr., Gordy, T.: Workshop: - 162nd Annual American Psychiatric Association, San Francisco, CA, May 2009.

80.   Schmidt, C.W., Jr., Gordy, T.: Course: 162nd Annual American Psychiatric Association, San Francisco, CA, May 2009.

**FILMS**

1.   Schmidt, C.W., Jr.: Sexual Counseling: Establishing a Common Language.  Milner and Fenwick, 1979.

2.   Schmidt, C.W., Jr., Sexual Counseling: Anorgasmia. Milner and Fenwick, 1979.

3.      Schmidt, C.W., Jr.: Sexual Counseling: Male Sexual Dysfunctions. Part I:  Premature Ejaculation. Milner and Fenwick, 1980.

4.      Schmidt, C.W., Jr.: Sexual Counseling:  Male Sexual Dysfunctions, Part II:  Impotence. Milner and Fenwick, 1981.

## BOOKS

1.      Clinical Management of Sexual Disorders.  Second Edition:  Editors, Meyer, J.K., Schmidt, C.W., Jr., and Wise, T. Williams and Wilkins. Baltimore, MD, 1983.

2.      Schmidt, C.W. Jr.  CPT Handbook for Psychiatrists. American Psychiatric Press, Inc., May 1993.

3.      Schmidt, C.W., Jr.  CPT Handbook for Psychiatrists, Second Edition, American Psychiatric Press, Inc., 1998.

4.      Schmidt, C.W., Jr., Yowell, R.K., Jaffe, E.,  CPT Handbook for Psychiatrists, Third Edition, American Psychiatric Press, Inc., April 2004.

## DSM-IV PUBLICATIONS

1.      Criteria Sets, Sexual Disorders. DSM-IV.  Schiavi, R., Schmidt, C.W., Jr., Schover, L., Segraves, T, Wise, T.  American Psychiatric Press Inc., Washington, DC, May 1994.

2.      Sexual Disorders - Text DSM-IV.  Schmidt, C.W., Jr., M.D., Schiavi, R., Schover, L., Segraves, T., Wise, T.  American Psychiatric Press Inc., Washington, DC, May 1994.

3.      Paraphilias. DSM-IV Source Book, Volume 2.  Wise, T. and Schmidt, C.W., Jr., American Psychiatric Press Inc. 1996.

4.      Sexual Disorders. DSM-IV Source Book.  Schmidt, C.W., Jr., M.D., Schiavi, R., Schover, L., Segraves, T., Wise, T.  American Psychiatric Press Inc. 1996.

## HOSPITAL and GROUP PRACTICE CONSULTATIONS

1.      Riverside Osteopathic Hospital: Trenton, Michigan 1989

2.      Deaconess Hospital: Cleveland, Ohio 1990

3.      Harris Methodist Springwood Hospital: Bedford, Texas 1991

4.      Self Memorial Hospital: Greenwood, South Carolina, 1993

5.     St. Joseph's Hospital: Asheville, North Carolina 1993

6.     Mount Sinai School of Medicine: New York, New York 1995

7.     Community Mental Health Calhoun County: Battle Creek, Michigan 1995

8.     University of Florida School of Medicine: Gainesville, Florida 1996

9.     New York University Medical Center: New York, New York 1996

10.    Hackensack University Medical Center: Hackensack, New Jersey 1997

11.    Bayside Medical Center: Springfield, Massachusetts 1997

12.    University of Rochester School of Medicine: Rochester, New York 1997

13.    The Duluth Clinic: Duluth, Minnesota 1997

14.    Mary Greely Medical Center & McFarland Clinic: Ames, Iowa 1998

15.    Northwestern Medical Center: St. Albans, Vermont 1998

16.    University of Pittsburg School of Medicine: Pittsburg, Pennsylvania 1999

17.    Reading Hospital: Reading, Pennsylvania 1999

18.    Grant/Riverside Methodist Hospitals: Columbus, Ohio 1999

19.    South Carolina University School of Medicine: Durham, South Carolina 2000

20.    Pine Rest Hospital: Grand Rapids, Michigan 2001

21.    Cornell University: New York, New York 2001

22.    Mercer University School of Medicine: Macon, Georgia 2002

23.    University of Cincinnati School of Medicine: Cincinnati, Ohio 2002

24.    Lehigh Valley Medical Center: Bethlehem, Pennsylvania 2002

25.    South Central Regional Mental Health Center: Billings, Montana 2003

26.    Zucker Hillside Hospital: Glen Oaks, New York 2003

27.  Sparrow Hospital: Lansing, Michigan 2003

28.  Christiana Care Health System: Wilmington, Delaware 2004

29.  Maine General Medical Center: Waterville, Maine 2004

30.  Community Hospital of the Monterey Peninsula, Behavioral Health Services: Monterey, California 2004

31.  Copeland, Cook, Taylor & Bush, Superior Life Care Center Foundation Healthcare Services and Dr. Lorne A. Semrau: Jackson, Mississippi 2005

32.  Charter Hospital, Nashville, Tennessee, 2008

## CODING WORKSHOPS

### American Psychiatric Association
Area Councils
Area 5.
Area 6.

District Branches
Maryland
Connecticut
Pennsylvania
Iowa
North Carolina
California
Michigan