UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In re Darian Mathis

**FILED**
JUL 13 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER TO SHOW CAUSE
CR 08-93 (RJL)

Darian Mathis, Juror No. 1725, is hereby **ORDERED** to appear at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 in Courtroom 18, before the undersigned on **Friday, July 16, at 9:45 a.m.** to show cause why the Court should not hold you in contempt for failure to comply with the juror summons and to appear at the appointed time and place for possible service as a juror in *United States v. Stagliano, et al.*, Crim. No. 08-93 (RJL).

Failure to comply with this Order may result in my authorizing a Deputy United States Marshal to secure a warrant for your arrest.

It is so ordered. Dated this 12th day of **July, 2010.**

**If you have received this order in error, please contact the jury office at 202-354-3362.**

RICHARD J. LEON
United States District Judge

