AO 245A  (AO Rev  12/03 - DC Rev  12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

John Stagliano

**JUDGMENT OF ACQUITTAL**

*08-cr-93*

CASE NUMBER:  ~~09CR~~83 (RJL)

# FILED

SEP 0 2 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IT IS ORDERED that the Defendant is acquitted, discharged,  and any bond exonerated.

_____

Richard J. Leon          U.S. District Judge

9/2/10